O

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mareine M. Plong, et al.,** ) | **NO. CV 22-8280-SB (KS)** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **ORDER ACCEPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS OF UNITED** |
| **Melissa Robbins Coutts,** ) | **STATES MAGISTRATE JUDGE** |
| **et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, the May 31, 2023 Report and Recommendation of United States Magistrate Judge ("Report") (Dkt. No. 87), and Plaintiffs' Objections to the Report ("Objections") (Dkt. No. 88).

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a *de novo* review of those portions of the Report to which objections have been stated. The Objections do not respond to the legal deficiencies identified in the Report. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendants' Motion to Dismiss

Plaintiffs' Complaint (Dkt. No. 6) is GRANTED; (2) Plaintiffs' Complaint is DISMISSED in its entirety without leave to amend for failure to comply with Rule 8; (3) Plaintiffs' claims against Defendants Federal Home Loan Mortgage Corporation and Nationstar Mortgage LLC. are DISMISSED with prejudice; and (4) the parties' remaining motions (Dkt. Nos. 42, 56, 68, 72, 79) are DENIED as moot.

        IT IS SO ORDERED.


DATED: June 28, 2023



_____
        STANLEY BLUMENFELD, JR.
        UNITED STATES DISTRICT JUDGE

2