JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mareine M. Plong, et al.,** | ) NO. CV 22-8280-SB (KS) |
| Plaintiffs, | ) |
| v. | ) JUDGMENT |
| **Melissa Robbins Coutts, et al.,** | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting in Part Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that (1) Plaintiffs' claims against Defendants Federal Home Loan Mortgage Corporation and Nationstar Mortgage LLC are DISMISSED with prejudice, and (2) Plaintiffs' claims against Defendants Melissa Robbins Coutts, Deborah A. Boyd, McCarthy and Holthus, LLP, Adriana Banuelos, Quality Loan Service Corporation, Britney Fisher, Stephen T. Morgan, Jared D. Bissell, Troutman Pepper Hamilton Sanders LLP, and Robert J. Luna are DISMISSED without prejudice.

DATED:  June 28, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE